**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-7164**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALEXANDRA GUZMAN-BEATO, a/k/a Sandra,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:19-cr-00218-LO-2; 1:20-cv-00859-LO)

───────────────

Submitted:  March 29, 2024                          Decided:  April 19, 2024

───────────────

Before WILKINSON and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Alexandra Guzman-Beato, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexandra Guzman-Beato seeks to appeal the district court's order denying relief on her 28 U.S.C. § 2255 motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Guzman-Beato has not made the requisite showing.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions

---

[*] We decline to consider Guzman-Beato's claims that she was unable to effectively communicate with her trial counsel and that she required an interpreter, which she raises for the first time on appeal. *See In re Under Seal*, 749 F.3d 276, 285 (4th Cir. 2014). We observe, however, that these claims conflict with Guzman-Beato's sworn statements during the Fed. R. Crim. P. 11 hearing. *See United States v. Lemaster*, 403 F.3d 216, 221 (4th Cir. 2005).

are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*